**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DAVID HOLSTEIN,**
      **Plaintiff,**

**v.**                                **No:   5:04cv194/SPM/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
      **Defendant.**

_____

**REPORT AND RECOMMENDATION**

      **Plaintiff has filed a motion to dismiss complaint and represents that defendant does not object (doc. 16).**

      **Accordingly, it is respectfully RECOMMENDED that plaintiff's motion to dismiss complaint (doc. 16) be GRANTED pursuant to Fed. R. Civ. P. 41(a)(2), and that this cause be DISMISSED without prejudice.**

      **At Pensacola, Florida this 15th day of April, 2005.**

/s/ *Miles Davis*

      **MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).**