IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID HOLSTEIN,

    Plaintiff,

vs.                             5:04-CV-194-SPM/AK

JOANNE BARNHART,
**Commissioner of the Social
Security Administration,**

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 17) dated May 17, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 17) is

adopted and incorporated by reference in this order.

2. Plaintiff's motion to dismiss (doc. 16) is *granted*.

2. This case is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this thirty-first day of May, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao